**Bankruptcy • Adversary • Query • Reports • Utilities • Logout** 

```
MIME-Version:1.0
From:neb_bkecf@neb.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc: cathy@hduncanlaw.com, dchristensen2@mcrlawyers.com, dquinn@mnmk.com, kgoettsch@willsonpechacek.com, kjd@derrhowell.com, kolson@blackwellsand
Message-Id:<2342631@neb.uscourts.gov>
Subject:05-82135 Apartments at Timber Ridge LP Ch 11
```

Administrative Order Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS***You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### U.S. Bankruptcy Court

### District of Nebraska

Notice of Electronic Filing

The following transaction was received from laf, entered on 6/19/2006 at 2:54 PM CDT and filed on 6/19/2006
**Case Name:** Apartments at Timber Ridge LP
**Case Number:** 05-82135
**Document Number:** 133

**Docket Text:**
Order (RE: related document(s)[132] Order Under Advisement). Mr. Wagner is in contempt of court for failure to complete and sign the documents. He may purge himself of contempt by completing and signing the documents by July 28, 2006. Ms. Derr is responsible for giving notice to Mr. Wagner. HEREBY ORDERED by Judge Timothy J. Mahoney. (Text only order) (laf, )

The following document(s) are associated with this transaction:

**05-82135 Notice will be electronically mailed to:**

Trenten P. Bausch   tbausch@blackwellsanders.com, kolson@blackwellsanders.com

Robert J. Becker   r.becker@sbbpc.com

Richard M. Beheler   rbeheler@blackwellsanders.com,

David A. Christensen   dchristensen2@mcrlawyers.com, shamilton2@mcrlawyers.com

Kathryn J. Derr   kjd@derrhowell.com

Howard T. Duncan   cathy@hduncanlaw.com

Patricia Fahey   ustpregion13.om.ecf@usdoj.gov

Kirk E. Goettsch   kgoettsch@willsonpechacek.com, tpomernackas@willsonpechacek.com

Jerry L. Jensen   ustpregion13.om.ecf@usdoj.gov

Tanya Marie Morrison   tmorrison@blackwellsanders.com, rtimmons@blackwellsanders.com

Douglas E. Quinn   dquinn@mnmk.com,

Michael L. Schleich   mschleich@fraserstryker.com, mschleich@fslf.com;ecf-bankruptcy@fraserstryker.com;ecf-bankruptcy@fslf.com

Thomas D. Stalnaker   t.stalnaker@sbbpe.com

**05-82135 Notice will not be electronically mailed to:**

Michael O'Bradovich
4521 Leavenworth
Suite 22
Omaha, NE 68106

Peter F. Olberg
Manatt, Phelps & Phillips, LLP
7 Times Square
New York, NY 10036

John J. Reefe
1904 Farnam Street
#700
Omaha, NE 68102-1998

In Re: Apartments at Timber Ridge                                         Doc. 2