**Bankruptcy • Adversary • Query • Reports • Utilities • Logout** 

```
MIME-Version:1.0
From:neb_bkecf@neb.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc: cathy@hduncanlaw.com, dchristensen2@mcrlawyers.com, dquinn@mnmk.com, kgoettsch@willsonpechacek.com, kjd@derrhowell.com, kolson@blackwellsand
Message-Id:<2342631@neb.uscourts.gov>
Subject:05-82135 Apartments at Timber Ridge LP Ch 11
```

Administrative Order Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS***You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. Bankruptcy Court
## District of Nebraska

Notice of Electronic Filing

The following transaction was received from laf, entered on 6/19/2006 at 2:54 PM CDT and filed on 6/19/2006
**Case Name:**         Apartments at Timber Ridge LP
**Case Number:**     05-82135
**Document Number:** 133

**Docket Text:**
Order (RE: related document(s)[132] Order Under Advisement). Mr. Wagner is in contempt of court for failure to complete and sign the documents. He may purge himself of contempt by completing and signing the documents by July 28, 2006. Ms. Derr is responsible for giving notice to Mr. Wagner. HEREBY ORDERED by Judge Timothy J. Mahoney. (Text only order) (laf, )

The following document(s) are associated with this transaction:

**05-82135 Notice will be electronically mailed to:**

Trenten P. Bausch    tbausch@blackwellsanders.com, kolson@blackwellsanders.com

Robert J. Becker    r.becker@sbbpc.com

Richard M. Beheler    rbeheler@blackwellsanders.com,

David A. Christensen    dchristensen2@mcrlawyers.com, shamilton2@mcrlawyers.com

Kathryn J. Derr    kjd@derrhowell.com

Howard T. Duncan    cathy@hduncanlaw.com

Patricia Fahey    ustpregion13.om.ecf@usdoj.gov

Kirk E. Goettsch    kgoettsch@willsonpechacek.com, tpomernackas@willsonpechacek.com

Jerry L. Jensen    ustpregion13.om.ecf@usdoj.gov

Tanya Marie Morrison    tmorrison@blackwellsanders.com, rtimmons@blackwellsanders.com

Douglas E. Quinn    dquinn@mnmk.com,

Michael L. Schleich    mschleich@fraserstryker.com, mschleich@fslf.com;ecf-bankruptcy@fraserstryker.com;ecf-bankruptcy@fslf.com

Thomas D. Stalnaker    t.stalnaker@sbbpc.com

**05-82135 Notice will not be electronically mailed to:**

Michael O'Bradovich
4521 Leavenworth
Suite 22
Omaha, NE 68106

Peter F. Olberg
Manatt, Phelps & Phillips, LLP
7 Times Square
New York, NY 10036

John J. Reefe
1904 Farnam Street
#700
Omaha, NE 68102-1998