IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF ) | | 8:06CV580 |
| ) | | |
| APARTMENTS AT TIMBER RIDGE, L.P., ) | | BK05-82135 |
| a/k/a Tiber Ridge Apartments, ) | | |
| ) | | |
| Debtor. ) | | |

--------------------------------------------------------------

| | | |
|---|---|---|
| IN THE MATTER OF ) | | 8:06CV582 |
| ) | | |
| ARBORS SS, L.P. ) | | BK04-83569 |
| ) | | |
| Debtor. ) | | |

### ORDER TO SHOW CAUSE

IT IS ORDERED that pursuant to the Report and Recommendations of Chief Judge Timothy J. Mahoney (Filing Nos. 1 in each of the above cases), **Richard Wagner**, the principal person in charge of the management of Arbors SS, L.P., and Apartments at Timber Ridge, L.P., is hereby ordered to appear before this court on **October 6, 2006, at 8:30 a.m.**, Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, to show cause why he should not be held in contempt of court as outlined in the Report and Recommendations.

The Clerk's Office is directed to mail a copy of this order to Mr. Richard Wagner at 8411 Preston Road, Suite 711, Dallas, TX 75225.

DATED this 8th day of September, 2006.

 BY THE COURT:


 s/ Joseph F. Bataillon
 JOSEPH F. BATAILLON
 United States District Judge