IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF | ) | 8:06CV580 |
| | ) | |
| APARTMENTS AT TIMBER RIDGE, L.P., | ) | BK05-82135 |
| a/k/a Tiber Ridge Apartments, | ) | |
| | ) | |
| Debtor. | ) | |

| | | |
|---|---|---|
| IN THE MATTER OF | ) | 8:06CV582 |
| | ) | |
| ARBORS SS, L.P. | ) | BK04-83569 |
| | ) | |
| Debtor. | ) | |

**ORDER**

IT IS ORDERED that Richard Wagner's motion to continue the show cause hearing is granted in part. Hearing is continued to **October 13, 2006, at 8:30 a.m.**, Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

The Clerk's Office is directed to mail a copy of this order to Mr. Richard Wagner at his last known address.

DATED this 4th day of October, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge