IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF ) | 8:06CV580 | |
| ) | | |
| APARTMENTS AT TIMBER RIDGE, L.P., ) | BK05-82135 | |
| a/k/a Tiber Ridge Apartments, ) | | |
| ) | | |
| Debtor. ) | | |

----------------------------------------------------------------

| | | |
|---|---|---|
| IN THE MATTER OF ) | 8:06CV582 | |
| ) | | |
| ARBORS SS, L.P. ) | BK04-83569 | |
| ) | | |
| Debtor. ) | | |

ORDER SETTING HEARING

This matter is before the court following a phone call from Steven Achelpohl who has indicated he now represents Richard Wagner. Mr. Wagner failed to attend a show cause hearing scheduled before the court today. The court has issued a warrant for the arrest of Mr. Wagner. Mr. Achelpohl has represented to the court that he has been in contact with Mr. Wagner. Mr. Wagner has stated to Mr. Achelpohl that he will appear before this court on Tuesday, October 17, 2006, at 2:00 p.m. for a show cause hearing. Accordingly,

IT IS ORDERED that a show cause hearing is scheduled for Tuesday, **October 17, 2006, at 2:00 p.m.,** Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska. All interested parties may attend, and Mr. Richard Wagner is ordered to attend. Mr. Achelpohl must enter an appearance if he intends to represent Mr. Wagner. Further, the court will not withdraw the warrant for the arrest of Mr. Wagner.

DATED this 13th day of October, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge