IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF ) | | 8:06CV580 |
| ) | | |
| APARTMENTS AT TIMBER RIDGE, L.P., ) | | BK05-82135 |
| a/k/a Tiber Ridge Apartments, ) | | |
| ) | | |
| Debtor. ) | | |

---

| | | |
|---|---|---|
| IN THE MATTER OF ) | | 8:06CV582 |
| ) | | |
| ARBORS SS, L.P. ) | | BK04-83569 |
| ) | | |
| Debtor. ) | | |

**AMENDED ORDER**

This matter is before the court following a phone conference with counsel and the U.S. Trustee. The court has been informed that all necessary documents needed to complete the tax returns have been tendered to and received by the accountant. The parties have further represented to the court that the tax returns should be completed and filed by the end of November.

**THEREFORE, IT IS ORDERED THAT:**

1. A telephonic hearing is rescheduled for **December 8, 2006, at 9:30 a.m.** The court will initiate the telephone conference.

2. On or before December 8, 2006, the parties shall file briefs and affidavits, if they so choose, concerning the issue of contempt and attorney fees.

3. The court will hold in abeyance any decision on contempt and attorney fees until after December 8, 2006.

DATED this 9th day of November, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge