IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF | ) | 8:06CV580 |
| | ) | |
| APARTMENTS AT TIMBER RIDGE, L.P., | ) | BK05-82135 |
| a/k/a Tiber Ridge Apartments, | ) | |
| | ) | |
| Debtor. | ) | |

---

| | | |
|---|---|---|
| IN THE MATTER OF | ) | 8:06CV582 |
| | ) | |
| ARBORS SS, L.P. | ) | BK04-83569 |
| | ) | |
| Debtor. | ) | |

**ORDER**

Following a phone conference with counsel on January 5, 2007,

IT IS ORDERED that a hearing on creditor Lehman Housing Tax Credit Fund LP and Lehman Tax Credit Advisors, Inc.'s application for attorney fees (Filing No. 31) is scheduled for **February 2, 2007, at 3:00 p.m.,** Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 8th day of January, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge